IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:24-CV-01072

| | |
|---|---|
| SAMERA MOHAMMED,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINA PIZZA HUTS, INC.,<br><br>Defendant. | State Court Case No:<br>Union County 24CV004740-890<br><br>DEFENDANT CAROLINA PIZZA HUTS, INC.'S NOTICE OF REMOVAL |

Defendant Carolina Pizza Huts, Inc. ("Defendant"), by and through counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby gives Notice of Removal of this action from the Union County Superior Court to the United States District Court for the Western District of North Carolina, Charlotte Division. In support of this Notice of Removal, Defendant states as follows:

1. On or about November 15, 2024, Plaintiff Samera Mohammed ("Plaintiff") filed a civil action against Defendant in the General Court of Justice, Superior Court Division, Union County, North Carolina, styled as *Samera Mohammed v. Carolina Pizza Huts, Inc.* and bearing Case No. 24CV004740-890 (the "State Court Action.").

2. On or about December 4, 2024, Defendant received the Summons via U.S. mail sent to the undersigned counsel. A copy of the Complaint was not included in that mailing.

3. In pertinent part, 28 U.S.C. § 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants[.]" 28 U.S.C. § 1441(a).

4. This action is removable to this Court because the Complaint alleges federal causes of action under the Americans with Disabilities Act of 1990, as amended. The Plaintiff is asserting

claims under a federal statute, therefore, this action is subject to removal based on federal question jurisdiction pursuant to 28 U.S.C. § 1331.

5. This Court has supplemental jurisdiction over any state law claims that Plaintiff attempts to assert for wrongful discharge in violation of public policy as it relates to the claims asserted under federal statute and is part of the same case or controversy. *See* 28 U.S.C. § 1367(a).

6. 28 U.S.C. § 1441(a) further provides that removal is proper "to the district court of the United States for the district and division embracing the place where such action is pending.

7. This Court is the United States District Court for the district and division where the action is pending, and, therefore, the appropriate venue for removal.

8. In accordance with 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** are copies of all process, pleadings and orders served upon Defendant in this action and/or filed in the State Court Action.

9. This notice of removal is timely filed within thirty (30) days from the date of service of the initial pleading. *See* 28 U.S.C. § 1446(b).

10. This Court is the proper venue for this action.

11. The Complaint does not appear to contain a demand for a jury trial.

12. No further pleadings have occurred in the State Action. Defendant has not served any answer or other responsive pleading to the Summons and Complaint, nor made any appearance, argument, or request for relief before the State Court Action.

13. By filing this Notice of Removal, Defendant expressly reserves, and does not waive, any and all defenses it may have to any of Plaintiff's claims asserted in the Complaint and does not concede any of the allegations in the Complaint.

14. Pursuant to 28 U.S.C. § 1446(d), the undersigned will promptly serve written notice

of this Notice of Removal upon counsel for Plaintiff and will file the same with the Clerk of the General Court of Justice, Superior Court Division for Union County, North Carolina.

WHEREFORE, Defendant Carolina Pizza Huts, Inc. prays that the above-referenced action now pending in the General Court of Justice, Superior Court Division, Union County, North Carolina, bearing Case No. 24CV004740-890, be removed therefrom in its entirety to this Court, as provided by law, and, pursuant to 28 U.S.C. § 1446(d) that the Union County Superior Court proceed no further unless and until the case is remanded.

Respectfully submitted this 12th day of December, 2024.

        s/ *Tory Ian Summey*
        Tory Ian Summey (N.C. State Bar No. 46437)
        Email: torysummey@parkerpoe.com
        Megan Feltham (N.C. State Bar No. 57887)
        Email: meganfeltham@parkerpoe.com
        **PARKER POE ADAMS & BERNSTEIN LLP**
        620 South Tryon Street, Suite 800
        Charlotte, NC 28202
        T: (704) 372-9000
        F: (704) 334-4706

        *Counsel for Defendant Carolina Pizza Huts, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing "***Defendant Carolina Pizza Huts, Inc.'s Notice of Removal***" was electronically filed with the Clerk of Court using the CM/ECF system, and served upon *Pro Se Plaintiff* via First Class Mail, addressed as follows:

> Samera Mohammed
> 113 N. Maxton Street
> Jefferson, SC  29718
>
> *Pro Se Plaintiff*

This the 12th day of December, 2024.

> s/ *Tory Ian Summey*
> Tory Ian Summey (N.C. State Bar No. 46437)
> Email: torysummey@parkerpoe.com
> Megan Feltham (N.C. State Bar No. 57887)
> Email: meganfeltham@parkerpoe.com
> **PARKER POE ADAMS & BERNSTEIN LLP**
> 620 South Tryon Street, Suite 800
> Charlotte, NC 28202
> T: (704) 372-9000
> F: (704) 334-4706
>
> *Counsel for Defendant Carolina Pizza Huts, Inc.*